IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE GERMAN SANTOS,** | : | |
| Petitioner | : | |
| | : | No. 1:18-cv-1553 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN CRAIG A. LOWE,** | : | |
| Respondent | : | |

# ORDER

**AND NOW**, this 3rd day of April, 2019, upon consideration of Petitioner Jose German Santos's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), and for the reasons set forth in in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The Petition for Writ of Habeas Corpus (Doc. No. 1), is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** this matter.

                                               s/Sylvia Rambo
                                               SYLVIA H. RAMBO
                                               United States District Judge