# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE GERMAN SANTOS,** | : | |
| Petitioner | : | |
| | : | **No. 1:18-cv-1553** |
| v. | : | |
| | : | **(Judge Rambo)** |
| **WARDEN CRAIG A. LOWE,** | : | |
| Respondent | : | |

# ORDER

**AND NOW**, on this 6th day of August 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion to enforce judgment (Doc. No. 19) is **GRANTED**, and the Court will conduct its own individualized bond hearing; and

2. A separate Order setting forth further proceedings in this matter will issue.

s/ Sylvia H. Rambo
United States District Judge
